IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23CR662 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| RAVEN MULLINS, et al, | ) | NOTICE OF POTENTIAL SENTENCING ENHANCEMENTS |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through its attorneys, David M. Toepfer, United States Attorney, and Assistant United States Attorney, Paul E. Hanna and Trial Attorney, Brian W. Lynch, and hereby pursuant to the Court's trial order, provide notice to all remaining defendants of potential sentencing enhancements that may apply in this case should the defendants be convicted of some or all counts of the fourth Superseding Indictment.

**Raven Mullins.** The government anticipates the following enhancements applying to Mr. Mullins drugs/firearms counts: +2 pursuant to U.S.S.G. §2D1.1(b)(2) for violence / threat of violence; +2 pursuant to §2D1.1(b)(12) for maintaining a premises; and +4 for aggravating role pursuant to §3B1.1(a). For the RICO/VICAR and kidnapping counts as it relates to victim B, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B); + 2 for firearm used pursuant to § 2A4.1(b)(3); and +6 for victim being sexually exploited pursuant to § 2A4.1(b)(5). As it relates to victim E, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B) and +6 for victim being sexually exploited pursuant to § 2A4.1(b)(5). The defendant will also be subject to the multi-count enhancement pursuant to § 3D1.4(a) and/or (b). If the Jury finds the death of victim E was

caused by or resulted from the kidnapping, then the base offense level is 43 pursuant to § 2A4.1(c)(1) and § 2A1.1.

**Demarcus Elliott**. The government anticipates the following enhancements applying to Mr. Elliott's RICO/drugs/phone counts: +2 pursuant to U.S.S.G. §2D1.1(b)(12) for maintaining a premises and +2 pursuant to §3B1.1(c) for aggravating role.

**Christpher Horton**. The government anticipates that Mr. Horton may qualify as a Career Offender at the time of sentencing, and in that situation, his Guideline range would be calculated pursuant to U.S.S.G. § 4B1.1(b).

**Adrionna Null**. The government anticipates the following enhancements applying to Ms. Nulls's RICO/VICAR and Kidnapping counts: As it relates to victim B, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B) and + 2 for firearm used pursuant to § 2A4.1(b)(3). As it relates to victim E, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B). The defendant will also be subject to the multi-count enhancement pursuant to § 3D1.4(a) and/or (b).

**Myeasha West**. The government anticipates the following enhancements applying to Ms. West's kidnaping count as it relates to victim B, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B) and + 2 for firearm used pursuant to § 2A4.1(b)(3).

**Malik Brooks**. The government anticipates the following enhancement applying to Mr. Brook's drug conspiracy count: +2 pursuant to §3B1.1(c) for aggravating role. As it relates to the RICO, VICAR, and Kidnapping counts, as it relates to victim E, + 2 serious bodily injury pursuant to § 2A4.1(b)(2)(B). The defendant will also be subject to the multi-count enhancement pursuant to § 3D1.4(a) and/or (b). If the Jury finds the death of victim E was caused by or resulted from kidnapping, then the base offense level is 43 pursuant to § 2A4.1(c)(1) and § 2A1.1.

**Jayon Florence**. As it relates to the RICO, VICAR, and Kidnapping counts, for victim E, + 2 for serious bodily injury pursuant to § 2A4.1(b)(2)(B). The defendant will also be subject to the multi-count enhancement pursuant to § 3D1.4(a) and/or (b). If the Jury finds the death of victim E was caused by or resulted from kidnapping, then the base offense level is 43 pursuant to § 2A4.1(c)(1) and § 2A1.1.

**David Price**. For the RICO, VICAR, and kidnapping counts as it relates to victim B, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B); + 2 firearm used pursuant to § 2A4.1(b)(3), As it relates to victim E, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B). The defendant will also be subject to the multi-count enhancement pursuant to § 3D1.4(a) and/or (b).

**Donald Whitby**. The government anticipates the following enhancements applying to Mr. Whitby's kidnaping count as it relates to victim B, +2 for serious bodily injury pursuant to §2A4.1(b)(2)(B) and + 2 for firearm used pursuant to § 2A4.1(b)(3).

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Poula E. Hanna

Poula E. Hanna (OH: 0096143)
Assistant United States Attorney
Brian W. Lynch (OH:0086245)
Trial Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3850
(216) 522-7499 (facsimile)
Paul.Hanna@usdoj.gov
Brian.lynch2@usdoj.gov