IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAVEN MULLINS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:23-CR-662<br><br>JUDGE J. PHILIP CALABRESE<br><br><u>TRIAL STIPULATION: RAVEN MULLINS PRIOR CONVICTIONS</u> |

Now comes the United States of America, by and through its attorneys, David M. Toepfer, United States Attorney, and Assistant United States Attorney, Paul E. Hanna and Trial Attorney, Brian W. Lynch, and defendant Raven Mullins, represented by attorneys Noah Munyer and Jacob Will, and hereby agree and stipulate to the following factual and evidentiary matters:

The United States and the defendant have agreed and stipulated that prior to the date of the crimes charged in counts 10 and 17 of the Fourth Superseding Indictment, Raven Mullins was convicted of crimes punishable under the laws of the state of Ohio by a term of imprisonment exceeding one year.

Further, Defendant Raven Mullins knew he had been convicted of these crimes which are punishable under the laws of the State of Ohio by a term of imprisonment exceeding one year.

______________________ 7.15.26
Poula E. Hanna Date
Assistant United States Attorney
Brian W. Lynch
Trial Attorney

______________________ 9-15-26
Noah Munyer Date
Jacob Will
Attorneys for Raven Mullins

______________________ 9-15-26
Raven Mullins Date
Defendant

APPROVED:

______________________
J. Philip Calabrese Date
Judge