IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23 CR 662 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| RAVEN MULLINS, | ) | |
| | ) | |
| Defendant. | ) | <u>FORFEITURE STIPULATION</u> |

The parties stipulate that Defendant, upon conviction in this matter, shall forfeit, pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the following assets to the United States:

a. a Masterpiece Arms, 9 millimeter semi-automatic handgun, bearing serial number FX00453, and ammunition;

b. a Taurus G3, 9 millimeter handgun, bearing serial number ABA253556;

c. an Arminius, .38 Special revolver, bearing serial number 024516;

d. a Glock, Model 22 Gen 4, .40 caliber handgun, bearing serial number BKKY251;

e. a Glock, Model 42, .380 caliber handgun, bearing serial number AFZY286;

f. an American Tactical, Model Omni Hybrid, multi-caliber rifle, bearing serial number NS132126;

g. a Stag Arms, Model Stag-15, multi-caliber rifle, bearing serial number S074672;

h. a Romarm/Cugir, Model Micro Draco, 762 caliber firearm, bearing serial number PMD-14888-19 RO; and

i. miscellaneous ammunition.

Defendant further agrees that, upon conviction in this matter, that the above assets would be found to be involved in the criminal activity of conviction for Counts 10, 17, and/or 18; and/or were used or intended to be used in any manner or part to commit or facilitate the commission of the criminal activity convicted for Count 2 and/or Counts 11-16; and are, therefore, subject to forfeiture.

The parties agree that this Forfeiture Stipulation is null and void if Defendant is acquitted of all the respective charges set forth against him in the Fourth Superseding Indictment.

## SIGNATURES

**Defendant:** I have read (or have had read to me) this entire stipulation and have discussed it with my attorney. I am entering this stipulation voluntarily and of my own free will. No threats have been made to me, nor am I under the influence of anything that could impair my ability to understand this stipulation.

10-8-26

RAVEN MULLINS
Defendant

Date

**Defense Counsel:** I have read this stipulation and concur in Defendant pleading in accordance with terms of the agreement. I have explained this stipulation to Defendant, and to the best of my knowledge and belief, Defendant understands the stipulation.

10-6-26

Jacob T. Will (OH: 0086558)
Noah C. Munyer (OH: 0086575)
Counsel for Defendant

Date

**United States Attorney's Office:** I accept and agree to this stipulation on behalf of the United States Attorney for the Northern District of Ohio.

10/6/2026

Paul E. Hanna (OH: 0096143)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3850
(216) 522-7499 (facsimile)
Paul.Hanna@usdoj.gov

Date

APPROVED:

J. PHILIP CALABRESE
United States District Court Judge

Date