IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:23CR662 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| RAVEN MULLINS, et al., | ) | EXHIBIT 1: SUPPLEMENT TESTIMONY |
| | ) | OF CLEVELAND POLICE OFFICER LT |
| Defendants. | ) | CHRISTOPHER MOBLEY |

I, Christopher Mobley, anticipate providing the following testimony at trial based on my training and experience as a Cleveland Police Officer and my participation and supervision of other law enforcement officer's during the course of this investigation and other investigations involving Heartless Felons and Fully Blooded Felons members and associates.

I have been a Cleveland Police officer since 2007. I was a patrol officer in Cleveland's fifth district from 2007 to 2011. I responded to emergencies, protected people and property, enforced motor vehicle and criminal laws, and promoted good community relations. I also provided a visible presence in high crime areas to deter further criminal activity. I was involved in hundreds of drug and gang related arrests. I interacted regularly with members of the following Cleveland-area street gangs: CutThroat, Lakeshore Boys, 156 Bricks, and Nell 2 Coit gang members. I Transported prisoners for booking and processing and identified various gang members through field interviews.

From 2011 to 2013, I was assigned to the Community Service unit within the fifth district. Among other duties, I monitored school and recreation centers for gang and criminal activity. I was then assigned to the VICE unit where I investigated drug, gambling, and liquor violations.

From 2013 to 2018, I was assigned as a detective in the Gang Unit. I either led or was involved in multiple investigations regarding criminal gangs, felonious assaults, felonious assault shootings, aggravated robberies, robberies, firearm crimes, and drug trafficking offenses. I also collaborated with various local, state, and federal law enforcement agencies to include the FBI, USMS, DEA, ATF, and other agencies to investigate members of various Cleveland street gangs such as CutThroat, JPark, BBE, Lakeshore Boyz, 156 Bricks, Nell 2 Coit, Lakeview 2 Locke, Benham Boys, 9300, Gotti Gang, Kinsman County, King Kennedy Outlaws, Clout Boys, Heartless Felons, LA Gunnaz/Loyal Always, BOE, Bellaire Boys, 7-Alls and LTB/BFA.

I was involved directly or indirectly in numerous arrests and convictions of CutThroat, JPark, BBE, Lakeshore Boyz, 156 Bricks, Nell 2 Coit, Lakeview 2 Locke, Benham Boys, 9300, Gotti Gang, Kinsman County, King Kennedy Outlaws, Clout Boys, Heartless Felons, LA Gunnaz/Loyal Always, Bellaire Boys, 7-Alls and LTB/BFA gang members.

I was an active participant in VGRIP (Violence Gun Reduction Interdiction Project) which resulted in gun violence reduction directly related to gang activity. I prepared and obtained search warrants. I searched and recovered evidence during execution of search warrants. I prepared comprehensive investigative reports. I testified in criminal court and Grand Jury. I cultivated and maintained informants. I conducted bust and buy walk operations. I conducted surveillance operations. I interviewed arrested individuals, victims and witnesses including gang members. I utilize and downloaded electronic surveillance equipment.

From 2018 to 2019, I was assigned as a Sergeant in Cleveland's First District, Patrol Division. I managed basic patrol officers to ensure efficient and professional responses to calls for service. I assisted on calls for service requiring a supervisor. I provided a visible presence in high crime areas to deter further criminal activity.

I was then assigned as a Sergeant in the Detective Bureau until 2020 where I assigned cases to detectives, reviewed and analyzed crime patterns, and ensured timely completion of assigned cases.

From 2020 to 2023, I was the Sergeant of the BSS-FBI Safe Streets Gang Task Force. In that role, I organized and coordinated the investigative activities of the detectives assigned to the Safe Street Gang Task Force as well as detectives assigned to the Gang Impact Unit. I monitored performance of the detectives under my supervision in an effort to continually improve the unit performance. I ensured the identification and documentation of gangs and groups involved in gun violence. I organized complex investigative plans to combat gun violence. I ensured that intelligence led policing models are utilized to collect evidence against gun violence suspects. I facilitated the relationship with our federal partners to obtain the best possible outcome for criminal prosecutions.

Since 2023, I have been the Lieutenant in charge of Cleveland Police's Narcotics Unit and the detectives assigned to the FBI Safe Street Gang Task Force. In that course and as part of those duties, I graduated from the FBI National Academy 298th session, an elite professional development program for law enforcement professionals. I completed coursework in leadership, professional development, and law enforcement, along with intensive physical training.

I Co-command the FBI Safe Street Gang Task Force which involves the coordination of Task Force operations and enforcement actions of CPD Task Force Officers assigned to same. I organize and coordinate the investigative activities of the detectives assigned to the Safe Street Gang Task Force as well as detectives assigned to the Narcotics Unit, CGIC (ATF Task Force Crime Gun Intelligence Center) and Gang Impact Unit.

I work closely with other federal task force supervisors to monitor the performance, activities, and investigations of assigned BSS personnel. I ensure that intelligence led policing models are utilized to collect evidence against gun violence suspects. I train and mentor BSS

detectives to meet the high standards and expectations of our unit. I coordinate the enforcement actions of subordinates at all search warrants, tactical operations, and other enforcement actions requiring supervisory control. I maintain administrative control over the BSS Gang Impact Unit detectives. I report the existence and details of all major investigations to the Commander of the BSS. I organize complex investigative plans to combat violent crime trends.

I have attended numerous trainings and obtained certification in connection with my law enforcement duties.

**Basis of knowledge of the Fully Blooded Felons**

My basis of knowledge regarding the Fully Blooded Felons is as follows: (1) I supervised members of the Cleveland Division of Police who participated directly in this investigation; (2) I was present at various crime scenes associated with this investigation, including the search of both apartments 91 and 96 in the cedar estates; (3) I reviewed the line sheets and relevant calls indicative of criminality during the period of wire interceptions; (4) I have reviewed the content of various phone extractions including, but not limited Raven Mullins, Henry Burchett, Cotrez Tyree, Elijah Johnson, and other fully blooded felon members, and (5) I have reviewed FBI reports of interviews conducted with cooperating Fully Blooded Felons members. I am also relying on my training, experience, and knowledge gained from participating in this investigation, my testimony will be that the Fully Blooded Felons was created in or around 2012 by Raven Mullins as a branch of Heartless Felons, which is a criminal organization that was started in the Ohio Department of Youth Services facilities in or around 2002. The Fully Blooded Felons are active throughout Ohio, with a concentration of criminal activity in the area of East 30th Street and Cedar Avenue, Longwood Avenue, and Fleet Avenue on the east side of Cleveland, as well as inside the Ohio prison system.

**Formation and background information**

In or around approximately 2023, R. MULLINS separated from the Heartless Felons and made the Fully Blooded Felons its own gang. The highest rank in the Fully Blooded Felons was "Godfather," a position held by R. MULLINS. R. MULLINS oversaw the "Commission," the governing body of the Fully Blooded Felons. The Commission had the authority to determine if a member committed a "violation" and determine the appropriate punishment, which could range from a fine to death. The Commission was made up of a Head Commissioner and ten Commissioners. The role of the Head Commissioner was to maintain the structure and organization of the Fully Blooded Felons. The Commission could overrule decisions made by R. MULLINS by a majority vote on certain issues, such as fines. The Commission, however, did not have the authority to overrule R. MULLINS on other matters, such as death being the punishment for a member's cooperation with law enforcement. Beneath Commissioners were "Capos," who led up to 25 Fully Blooded Felon members under their command.

**Gang Rules**

The Fully Blooded Felons had written rules that were created by R. MULLINS and another Fully Blooded Felon member. One set of rules was called the "Fully Five," which included prohibitions against members disrespecting Capos or refusing to come to the aid of a

fellow member. Fully Blooded Felon rules were disseminated to members and associates, who were expected to memorize them. Fully Blooded Felon members and associates were often quizzed on rules by R. MULLINS. A Fully Blooded Felon member's or associate's failure to learn and memorize the rules could result in a violation and fine.

**Violations and member expectation**

At R. MULLINS' or the Commission's direction, if a Fully Blooded Felon member or associate cooperated with law enforcement or failed to come to the aid of a fellow member, the punishment was death. Fully Blooded Felons members and associates were required to abide by "omerta," which is the code of silence. R. MULLINS called and held mandatory meetings on a regular basis. R. MULLINS directed Commissioners to coordinate and set up the logistical aspects of the meeting. Fully Blooded Felon members or associates who missed meetings could be given a violation and have to pay a fine. Fully Blooded Felon members and associates were occasionally required to pay dues. The dues were supposed to go towards paying an incarcerated member or associate's commissary or helping their families financially. Fully Blooded Felon members or associates who failed to pay a due could be given a violation and have to pay a fine.

**"Houses" and Sub-groups within Fully Blooded Felons**

There were numerous cliques that comprised the Fully Blooded Felons, such as Fully Omerta, New Age Fully, the Fully Gun Gang, and others. Fully Blooded Felon cliques were often based on geographic location. Different Fully Blooded Felon members or associates ran the different cliques. All of the cliques fell under the Fully Blooded Felon umbrella and answered to R. MULLINS.

**Phrases and terminology specific to the Fully Blooded Felons**

Fully Blooded Felon members and associates used common phrases on social media to publicly identify themselves with the Enterprise. For example, Fully Blooded Felon members and associates commonly posted "626," which signifies "FBF" or Fully Blooded Felons. Fully Blooded Felon members and associates commonly posted "IUWT," which stands for "In Us We Trust." Fully Blooded Felon members and associates used common hand signs meant to demonstrate their association to the Enterprise.

**Existence and benefit to the overall gang**

The purpose and existence of the Fully Blooded Felons is to enrich its leaders members, and associates of the Enterprise through, among other things, robbery, and illegal trafficking of controlled substances and firearms. Preserving and protecting the power, territory, reputation, and profits of the Enterprise through threats, intimidation, violence, and destruction, including, but not limited to, acts involving murder, kidnapping, robbery, assault, and other acts of violence. Promoting and enhancing the Enterprise and its members' and associates' activities. Keeping victims in fear of the Enterprise and in fear of its leaders, members, and associates through threats of violence and actual violence. Attacking and retaliating against rival gang

members through acts of violence, including, but not limited to, acts involving murder, assault, and other acts of violence.

Members and/or associates of the Fully Blooded Felons committed, conspired to commit, and threatened to commit acts of violence, including murder, kidnapping, robbery, and assault to protect the Enterprise's power, territory, and property.

Members and/or associates of the Fully Blooded Felons engaged in illegal activities under the protection of the Enterprise, including robbery, drug trafficking, weapons trafficking, and other illegal activities, to generate income.

**Area of operations**

Members and/or associates of the Fully Blooded Felons used different stash houses in the Cedar Estates. For example, for most of 2023, Fully Blooded Felon members used two apartments, Apartment 91 and Apartment 96, at the Cedar Estates in Cleveland, Ohio, to store controlled substances and firearms and to distribute different controlled substances to customers. Fully Blooded Felon members and associates shared keys and had access to both apartments and would often coordinate to facilitate different drug transactions.

Members and/or associates of the Fully Blooded Felons congregated in front of the 28th Street Liquor Store and areas at or around the Cedar Estates, and elsewhere, to distribute controlled substances to customers.

Members and/or associates of the Fully Blooded Felons communicated with incarcerated Fully Blooded Felon members and associates to smuggle and distribute controlled substances and contraband in order to generate income and maintain power in the Ohio prison system

Members and/or associates of the Fully Blooded Felons acquired, distributed, carried, and used firearms in acts of violence, retaliation, and protection against rival gangs.

Members and/or associates of the Fully Blooded Felons and using gang-related terminology, symbols, phrases, and gestures to demonstrate affiliation with the Enterprise.

Members and/or associated of the Fully Blooded Felons committed and conspired to commit acts involving murder, kidnapping, and assault against individuals perceived as posing a threat to the Enterprise.

Fully Blooded Felons members and/or associated prohibited Enterprise members and associates from cooperating with law enforcement under threat of death.

Fully Blooded Felons members and/or associates, in order to facilitate drug trafficking, traveled to Youngstown, Ohio, and elsewhere to obtain fentanyl pills that were shipped or transported back to the Cleveland area for resale.

Fully Blooded Felon members and/or associates, in order to facilitate drug trafficking, used cellular phones and social media to coordinate and arrange for the sale and shipment of fentanyl pills and other drugs by phone calls, FaceTime calls, text messages, and other means.

**Rap videos**

Fully blooded felons members posted rap videos recorded in front of the cedar estates to promote the gang and call out rival gang members.

I have made the following publications within the last 10 years:

- None

I have not maintained a list of cases in which I have testified in connection with my law enforcement duties. However, through the use of LexisNexis, I was able to obtain a
The following non-exhaustive list of cases in which I have testified in connection with my law enforcement duties:

*State v. Tomlinson*, 2021-Ohio-1301, P10 (2021);
*State v. Evans*, 2020-Ohio-3968, P17 (2020)
*State v. Banks*, 2020-Ohio-3029, P42 (2020);
*State v. Robinson*, 2017-Ohio-289, P11 (2017);
*State v. Abdul-Hagg*, 2016-Ohio-7888, P27 (2016);
*State v. Dunbar*, 2014-Ohio-383, P5 (2014);

/s/ Christopher Mobley
LT Christopher Mobley
Cleveland Police